IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| vs. | : | |
| | : | |
| ANDRE WARE | : | NO. 08-625-01 |

## O R D E R

**AND NOW**, this 27th day of July, 2010, upon consideration of defendant's *pro se* Motion to Defer Payment of Court Imposed Fine or to an Extension upon Release (Document No. 151, filed June 24, 2010), and the Government's Response to Defendant Ware's *Pro Se* Motion to Defer Payment of Court Imposed Fine or to an Extension Upon Release (Document No. 153, filed July 27, 2010), for the reasons set forth in the attached Memorandum of July 27, 2010, **IT IS ORDERED** that defendant's *pro se* Motion to Defer Payment of Court Imposed Fine or to an Extension upon Release is **DENIED WITHOUT PREJUDICE** to defendant's right to seek relief under 18 U.S.C. § 3572(d)(3) after exhaustion of administrative remedies.

**IT IS FURTHER ORDERED** that copies of this Order shall be served by the Deputy Clerk on counsel and on defendant, Andre Ware, #63503-066, FCI-Fairton, P.O. Box 420, Fairton, New Jersey 08320.

                                                        **BY THE COURT:**

                                                        **/s/ Jan E. DuBois**
                                                            **JAN E. DUBOIS, J.**